**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carol Ann Byron                                                CHAPTER 7

                Debtor(s)                                        BKY. NO. 20-20845 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    Attorney I.D. No. 42524
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    412-430-3594
                                    jwarmbrodt@kmllawgroup.com