**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carol Ann Byron** | Social Security number or ITIN   **xxx−xx−5385** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20−20845−CMB**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carol Ann Byron

6/17/20

**By the court:**   Carlota M. Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 20-20845-CMB
Carol Ann Byron                                                         Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                 Page 1 of 2            Date Rcvd: Jun 17, 2020
                               Form ID: 318                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db             +Carol Ann Byron,    7 Rider Street,    Charleroi, PA 15022-3114
15211802       +Citi/Sears,    Citibank/Centralized Bankruptcy,     Po Box 790034,    St Louis, MO 63179-0034
15211804        Clearview Federal Credit Union,    Attn: Bankruptcy,    1453 Beers School Road,
                 Coraopolis, PA 15108
15211810       +PNC Bank,    Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15211811       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15211818       +Wash Co Tax Claim Bureau,    100 West Beau Street,    Suite 205,   Washington, PA 15301-4483

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2020 04:47:15     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Jun 18 2020 07:43:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15211798       +EDI: GMACFS.COM Jun 18 2020 07:43:00     Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
15211799       +EDI: BANKAMER.COM Jun 18 2020 07:43:00      Bank of America,   4909 Savarese Circle,
                 Fl1-908-01-50,   Tampa, FL 33634-2413
15211800       +EDI: CAPITALONE.COM Jun 18 2020 07:43:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15211803       +EDI: CITICORP.COM Jun 18 2020 07:43:00      Citibank/The Home Depot,
                 Citicorp Credit Srvs/Centralized Bk dept,     Po Box 790034,    St Louis, MO 63179-0034
15211805       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2020 04:53:23      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15211807        EDI: DISCOVER.COM Jun 18 2020 07:43:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
15211806       +EDI: TSYS2.COM Jun 18 2020 07:43:00     Deptartment Store National Bank/Macy's,
                 Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
15211808       +E-mail/Text: bankruptcy@huntington.com Jun 18 2020 04:47:24      Huntington Bank,
                 Attn: Bankruptcy,    Po Box 89424,    Cleveland, OH 44101-6424
15211801        EDI: JPMORGANCHASE Jun 18 2020 07:43:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
15211809       +EDI: NAVIENTFKASMSERV.COM Jun 18 2020 07:43:00      Navient,   Attn: Bankruptcy,    Po Box 9640,
                 Wiles-Barr, PA 18773-9640
15211812       +E-mail/Text: jennifer.chacon@spservicing.com Jun 18 2020 04:49:09
                 Select Portfolio Servicing, Inc,     Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
15211813       +EDI: RMSC.COM Jun 18 2020 07:43:00     Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
15213296       +EDI: RMSC.COM Jun 18 2020 07:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15211814       +EDI: RMSC.COM Jun 18 2020 07:43:00     Synchrony Bank / HH Gregg,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15211815       +EDI: RMSC.COM Jun 18 2020 07:43:00     Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
15211816       +EDI: RMSC.COM Jun 18 2020 07:43:00     Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15211817       +EDI: WTRRNBANK.COM Jun 18 2020 07:43:00      Target,   c/o Financial & Retail Srvs,
                 Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: admin                 Page 2 of 2              Date Rcvd: Jun 17, 2020
                                  Form ID: 318                Total Noticed: 25
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Carol Ann Byron ricelaw1@verizon.net,  lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@pjwlaw.net,  pwilson@ecf.axosfs.com
                                                                                             TOTAL: 4
```